# Court of Appeals
# of the State of Georgia

ATLANTA, July 26, 2016

*The Court of Appeals hereby passes the following order*

**A16I0244. PORTIA L YOUNG (NEE BAILEY) v. CACH, LLC.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

14CV62054



Court of Appeals of the State of Georgia
　　Clerk's Office, Atlanta, July 26, 2016.

　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*